UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

      Plaintiff,

v.                                          Case No. 22-cr-262 (JNE/JFD)

Ember Shawndale White,            ORDER

      Defendant.

In a Report and Recommendation ("R&R") dated February 9, 2023, the Honorable John F. Docherty, United States Magistrate Judge, recommended that the Court deny Defendant's Motion to Suppress Evidence [ECF No. 21]. Defendant timely filed objections to the R&R. The Court has reviewed de novo the portions of the R&R to which Defendant objected. *See* D. Minn. LR 72.2. Having reviewed the record, the Court adopts the R&R without modification.

Therefore, IT IS ORDERED THAT:

1.     Defendant's Objections to the R&R [ECF No. 41] are OVERRULED.

2.     Judge Docherty's R&R [ECF No. 40] is ADOPTED.

3.     Defendant's Motion to Suppress Evidence [ECF No. 21] is DENIED.

Dated: April 17, 2023                                s/ Joan N. Ericksen
                                                          JOAN N. ERICKSEN
                                                          United States District Judge